Recommend: ☑ Approval  ☐ Disapproval
*(if disapproval is checked, please complete the bottom of page 2)*

☑ Sufficient amount of equity
☑ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☑ Property Appraisal *(assessed value or signed written appraisal of current market value)*
☑ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On __1/9/2014__ __2433__
     Date         Extension

By: __AUSA Ch. Yda__
    Assistant U.S. Attorney

Signature: _____

LODGED

2014 JAN -9 PM 2:23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

FILED
CLERK, U.S. DISTRICT COURT
JAN -9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | CR 13-868-FMO-6 |
| v. | |
| Amy Maria Morales | |
| DEFENDANT(S). | AFFIDAVIT OF SURETY(IES) (PROPERTY) |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in _____ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ __25,000.00__ , over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

---

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

---

Address and description of property:

735 W. AVENUE H11, LANCASTER, CA 93534
"LEGAL DESCRIPTION" ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

NATIVIDAD S. MORALES
Print Name of Surety

735 W. AVENUE H11
Address of Surety

X X X - X X - 8 3 7 0
Social Security Number *(Last 4 digits only)*

LANCASTER, CA 93534
City, State, Zip Code

☑ Sole Holder or Owner  ☐ Tenancy in Common  ☐ Joint Tenancy  ☐ Other: _____

Percentage of Interest of Surety %100

Present Fair Market Value of Property $ 112,000.00
*(supporting documentation attached)*

Total Amount of Encumbrances and/or All Liens $ 1,772.16
*(list below separately)*

WELLS FARGO
Name of Holder of 1st Encumbrance

P.O. BOX 30427, LOS ANGELES, CA 90030-0427
Address, City, State, Zip Code

Name of Holder of 2nd Encumbrance

Address, City, State, Zip Code

Name of Holder of 3rd Encumbrance

Address, City, State, Zip Code

Total Equity $ 110,227.84
*(after deduction of encumbrance/liens)*

Homesteaders ☐ Yes ☑ No
Exemption Filed?

Amount of Exemption $ N/A.

NONE
Number of other bonds or undertakings

N/A.
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral? ☐ Yes  ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes  ☐ No. If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this ___6th___ Day of JANUARY _____ 2014 _____.

*Natividad S. Morales*
Signature of Surety

MOTHER
Relationship of Surety

Signature of Surety

Relationship of Surety

Above Surety Approved: _____
United States Magistrate Judge

Dated: 1/9/14

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation      ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____            _____
                                                              Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                                                                    Page 2 of 2

# EXHIBIT "A"

LOT 34 OF TRACT 20602, IN THE CITY OF LANCASTER, COUNTY OF LOS ANGELES,, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 563, PAGES 20-22 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

A.P.N.: 3135-012-003

# ACKNOWLEDGMENT

State of California
County of _____Los Angeles_____)

On __January 06, 2014__ before me, __Antonio Guerrero, Notary Public.,__
(insert name and title of the officer)

personally appeared __Natividad S. Morales._____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ANTONIO GUERRERO
Commission # 1971864
Notary Public - California
Los Angeles County
My Comm. Expires Mar 12, 2016